UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Mr. Adrian Bouknight, *Plaintiff* | ) | |
| v. | ) | Civil Action No.      3:17-cv-03112-DCC |
| | ) | |
| | ) | |
| | ) | |
| The Department of Social Services of South Carolina, *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____ .

■   other: the plaintiff, Mr. Adrian Bouknight, shall take nothing of the defendant; The Department of Social Services

of South Carolina, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge, presiding, adopting the Report and
Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended
dismissing the complaint without prejudice.

Date:   May 8, 2018                                                       *ROBIN L. BLUME, CLERK OF COURT*

_____

*Signature of Clerk or Deputy Clerk*